**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIKA BROWN, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-0314 (JR) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

The District of Columbia's motion to dismiss [7] is **granted without prejudice**. It remains to be seen whether the final judgment of the District of Columbia courts will be res judicata as to any issues that were or might have been litigated there. Plaintiffs' motion for summary judgment against the District of Columbia [11] is **denied**. Plaintiff's motion to dismiss as against District TLC Trust 1996 [8] has successfully demonstrated the insufficiency of process it asserts, see Fed. R. Civ. P. 12(b)(5), but will be **denied without prejudice** while plaintiff yet has time under Fed. R. Civ. P. 4(m) to obtain and serve a proper summons.

JAMES ROBERTSON
United States District Judge