UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIKA BROWN, ET AL., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | 1:05CV314(JR) |
| | : | |
| DISTRICT OF COLUMBIA, ET AL., | : | |
| | : | |
| Defendants | : | |

PLAINTIFFS' PRAECIPE OF DISMISSAL

Pursuant to the provisions of F.R.C.P. 41(a)(1), plaintiffs Erika Brown and Brown and

Brown Properties, LLC, by their attorney, Gary M. Sidell, hereby submit their praecipe of

dismissal for all claims raised in the complaint filed in this case.  Plaintiffs note that, on September

23, 2005, plaintiff Brown and Brown Properties, LLC dismissed its claims then pending in the

Superior Court of the District of Columbia, civil action number 03-309, which were based on the

same demolition of the same real estate improvements as raised in this case.

Respectfully submitted,

_____

Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
202-783-0060
DC Bar no. 961847

Dated: January 26, 2006